IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Leo McClam, ) | C.A. No. 4:11-1174-TLW-JRM |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| Mr. William "K" Kenney Boone, Sheriff; ) | |
| Mr. W.D. Mitchel; ) | |
| Mr. Scott Dangerfield, Investigator; ) | |
| Ms. Lt. NFN Western, Sheriff; ) | |
| Ms. Clauida Cooper; ) | |
| Mr. Larry Rodgers, Chief of Police; ) | |
| Chief NFN Brown, and ) | |
| Cpt. Franklin Abney, sueing all ) | |
| Defendants in their own, ) | |
| privet, and individual capacities, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

   This matter is now before the undersigned for review of the Report and Recommendation ("the Report") filed by United States Magistrate Judge Joseph R. McCrorey to whom this case had previously been assigned pursuant to 28 U.S.C. § 636(b) and Local Rule 73.02(B)(2) (D.S.C.). (Doc. # 46). In his Report, Magistrate Judge McCrorey recommends that the Complaint in this case be dismissed without prejudice and without issuance and service of process. The Report was filed on August 22, 2011. To date, no objections to the Report have been filed.

   This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636. No objections

1

2

have been filed to the Report.  In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation.  See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

A review of the record indicates that the Report accurately summarizes this case and the applicable law.  For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report is **ACCEPTED** (Doc. # 19), and the Complaint in this case is **DISMISSED** without prejudice and without issuance and service of process.

**IT IS SO ORDERED.**

   s/ Terry L. Wooten  
TERRY L. WOOTEN  
UNITED STATES DISTRICT JUDGE

October 17, 2011  
Florence, South Carolina